DELLA A. PALMER, Respondent, *v.* GEORGE B. DEARING, Appellant.

(Argued June 1, 1882 ; decided June 13, 1882.)

*Samuel Hand* for appellant.

*James Troy* for respondent.

Agree to dismiss appeal, and to remand case to General Term for a rehearing.

All concur.

Ordered accordingly.